

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00009-CV

---

MAVERICK SUMPTER AND SAVANNA JO LEHMAN, APPELLANTS

V.

KENNY TIMMONS AND TARA LEHMAN, APPELLEES

---

On Appeal from the County Court
Lynn County, Texas
Trial Court No. 2025CV0038, Honorable Mike Braddock, Presiding

---

July 8, 2026

## MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellants, Maverick Sumpter and Savanna Jo Lehman, proceeding pro se, appeal from the trial court's judgment. Appellants' brief was originally due May 28, 2026, but was not filed. By letter of June 4, 2026, we notified Appellants that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by June 15, 2026. To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam